**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

CHOICE ELECTRONICS INC.,

                       Plaintiff,

    v.

UNITED ELECTRONICS DEALS, INC.; THE ANTITREND LLC; ABM DISTRIBUTION LLC; ARMOR RIDGE WHOLESALE LLC; CENTURION SOLUTIONS; FLATBUSH PHOTO AND ELECTRONICS LLC; PEXBO LLC; GLOBAL CELLUTIONS DISTRIBUTORS INC.; AND DOES 1-10,

                       Defendants.

------------------------------------------------------------------ x

**Civil Action No. 22-cv-07821-MKB-RER**

**<u>NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE</u>**

      Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Choice Electronics Inc. hereby dismisses its claims against defendant Centurion Solutions with prejudice. All claims remain pending as to the other defendants.

Dated:  May 8, 2023                    By: *s/ Mark Berkowitz*
                                                  Mark Berkowitz
                                                  TARTER KRINSKY & DROGIN LLP
                                                  1350 Broadway
                                                  New York, NY  10018
                                                  Tel.:   (212) 216-8000
                                                  Fax:   (212) 216-8001
                                                  E-mail: mberkowitz@tarterkrinsky.com
                                                  ***Attorneys for Plaintiff Choice Electronics Inc.***